UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-920 (DSD/FLN)

Clarence Johnson,

    Plaintiff,

v.                          ORDER

SuperAmerica,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 17, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. Plaintiff Clarence Johnson's Application to Proceed in District Court without Prepaying Fees or Costs (ECF No. 2) is DENIED.

2. Plaintiff Johnson's complaint is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 7, 2017                          s/David S. Doty
                                                     DAVID S. DOTY, Judge
                                                     United States District Court